IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES G. BLACKMON, #173090, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-622-WC |
| ) | [WO] |
| WARDEN BILLUPS, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

James Blackmon ["Blackmon"], an indigent inmate, initiated this 42 U.S.C. § 1983 complaint challenging actions taken against him during his confinement at the Draper Correctional Facility in July of 2008. The order of procedure entered in this case specifically directed Blackmon to immediately inform the court of any change in his address. *Order of September 4, 2008 - Court Document No. 7* at 5.

This court recently ascertained information which established that the plaintiff no longer resided at the address he had provided for service. In light of the foregoing, the court entered an order requiring that on or before July 26, 2010 Blackmon inform the court of his present address. *Order of July 16, 2010 - Court Doc. No. 26*. This order specifically cautioned Blackmon that his failure to comply with its directives would result in the dismissal of this case. *Id*. The court has received no response from Blackmon to the aforementioned order. As is clear from the foregoing, Blackmon has failed to comply with the directives of the orders entered by this court and this case cannot properly proceed in his

absence. The court therefore concludes that this case is due to be dismissed.

A separate order will accompany this memorandum opinion.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE